UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 15-1325-DSF (PLAx)                                    Date  February 1, 2016

Title: Cohen v. S/V Bird of Paradise, etc., et al., and related counterclaim

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     (IN CHAMBERS)

**No later than 3:00 p.m. on Tuesday, February 2, 2016**, intervenor Edgar Crocker Trust (1999) is **ordered to show cause** why sanctions should not be imposed on it and its counsel for failure to abide by the Court's January 8, 2016, Order re Settlement Conference, which required the submission of a Confidential Settlement Conference Statement no later than January 28, 2016.  Intervenor is further advised that its failure to submit the subject Statement may lead to the February 4, 2016, settlement conference being taken off calendar, which could then result in additional sanctions.

cc:     Counsel of Record

Initials of Deputy Clerk     ch